# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOHN G. BERGDOLL REGISTERED VOTER OF THE COMMONWEALTH OF PENNSYLVANIA,

        Appellant

        v.

ROBERT TORRES, ACTING SECRETARY OF THE DEPARTMENT OF STATE AND FOR THE COMMONWEALTH OF PENNSYLVANIA AND THE GENERAL ASSEMBLY OF THE COMMONWEALTH OF PENNSYLVANIA,

        Appellees

:  No. 37 MAP 2017
:
:
:  Appeal from the Order of the
:  Commonwealth Court at No. 6 MD 2017
:  dated July 12, 2017.
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**                    **DECIDED: January 18, 2018**

     **AND NOW,** this 18th day of January, 2018, the order of the Commonwealth Court is hereby **AFFIRMED**.